UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JANE DOE, Individually and on behalf of others similarly situated, § § § § Plaintiff, § § v. § § § INTERNATIONAL ASSOCIATION OF § EATING DISORDER PROFESSIONALS' § FOUNDATION, INC, a California § Corporation, BONNIE HARKEN, § MATTHEW HARKEN, JOEL JAHRAUS, § DENA CABRERA, and RALPH CARSON, § § § Defendants. § | CIVIL CASE NO. 3:23-cv-02624-G |

**PLAINTIFFS' CERTFICATE OF INTERESTED PERSONS**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

The undersigned counsel of record certifies that the following listed persons have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

1. Jane Doe – Plaintiff

2. All persons who obtained iaedp certification on eating disorders and who attended an iaedp symposium from corporate entities who donated money to the National Eating Disorder Association (NEDA) from January 1, 2017 to date (Proposed Plaintiff Class Members);

3. Steven R. Dunn – Plaintiffs' attorney

4. International Association of Eating Disorders Professionals Foundation, Inc., a 501(c)(3) foundation – Defendant

5. Bonnie Harken -- Defendant

6. Matthew Harken – Defendant

7. Dena Cabrera –Defendant

8. Joel Jahraus –Defendant

9. Ralph Carson – Defendant

          Respectfully submitted,

          /s/Steven R. Dunn
          Steven R. Dunn
          State Bar No. 06252250
          5830 Preston Fairways
          Dallas, Texas 75252

          Telephone (214) 769.7810
          *steven@dunnlawfirm.net*

          ***ATTORNEYS FOR PLAINTIFF***