UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOY ZELIKOVSKY, PsyD, Individually and on behalf of others similarly situated, <br><br> Plaintiff, <br><br><br> INTERNATIONAL ASSOCIATION OF EATING DISORDER PROFESSIONALS' FOUNDATION, INC, a California Corporation, BONNIE HARKEN, JOEL JAHRAUS, DENA CABRERA, and RALPH CARSON, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § CIVIL CASE NO. <br><br> 3:23-cv-02624-N |

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND

On this day, came on to be considered Plaintiff's Motion for Leave to File Second Amended Complaint. The Court, having reviewed the Motion and noting that said Motion is unopposed, is of the opinion the Motion should be granted.

It is therefore ORDERED that Plaintiff's Motion For Leave to File Second Amended Complaint is herein GRANTED and the Clerk will file Plaintiff's Second Amended Complaint.

It is further ORDERED that the date for Defendants iaedp, Cabrera, Carson and Jarhaus to respond to Plaintiff's Second Amended Complaint is extended until March 27, 2024.

It is further ORDERED that the dates set forth in this Court's prior ORDER REQUIRING CLASS CERTIFICATION STATUS AND SCHEDULING CONFERENCE (Doc. 24) are hereby vacated.

The Court will enter a subsequent Order setting forth new dates for counsel to confer and to submit their report to the Court.

Signed February 27, 2024.

_____
David C. Godbey
Chief United States District Judge