# Exhibit
# A

Joy Zelikovsky, Psy.D., HSPP, M.A., M.Phil.Ed., M.S.Ed
55 Botsford Ave · Milford, CT 06460
1-(215)-237-3060 · joyzelikovsky@gmail.com

## EDUCATION

### POSTDOCTORAL DEGREE
**Alliant International University**
*California School of Professional Psychology, San Francisco, CA*
APA Accredited Program
*Degree:* Postdoctoral Master of Science (MCSP)
*Major: Clinical Psychopharmacology*

Jan 2018 - Present

### DOCTORAL DEGREE
**Florida School of Professional Psychology**
*Argosy University, Tampa, FL*
APA Accredited Program
*Degree*: Doctor of Psychology Program (Psy.D)
*Major: Clinical Psychology*
*Clinical Research Project*: Eating Disorders in Men: A Critical Review and Treatment Implications

Sep 09, 2009-Oct 19, 2016

**Nebraska Internship Consortium in Professional Psychology**
*Creighton University, Omaha, NE*
APA Accredited Program
*Pre-doctoral Internship*

Aug 1, 2014 – July 31, 2015

### MASTER'S DEGREE
**Florida School of Professional Psychology**
*Argosy University, Tampa, FL*
*Degree:* Masters of Arts
*Major: Clinical Psychology*

2009-2011

**University of Pennsylvania**
*Philadelphia, PA*
*Degree:* Masters of Philosophy in Education
*Major: Professional Counseling*

2008-2009

**University of Pennsylvania**
*Philadelphia, PA*
*Degree*: Masters of Science in Education
*Major***: Psychological Services**

2007-2008

### BACHELOR'S DEGREE
**University of Massachusetts**
*Amherst, MA*
*Degree*: Bachelor of Arts
*Major*: Psychology
*Major*: Sociology – Area of Concentration: Criminal Justice
*Minor*: Education

2003-2007

## LICENSES AND CERTIFICATES

1

Joy Zelikovsky, Psy.D., HSPP, M.A. M.Phil.Ed, M.S.Ed

**Florida Out of State Telehealth Provider**                                        Dec 2019
*Registration #9*

**Licensed Psychologist in the State of Connecticut**                               Apr 2017
*License Number: 3642*

**National Register Health Service Psychologist**                                   Aug 2017
*Registrant ID: 55696*

## CLINICAL EXPERIENCE

**Nourish The Heart Counseling**                                                    Nov 2019 –
New Haven, CT and online                                                            Present
*Owner*
Responsibilities: Provides individual counseling specializing in eating disorders and
substance abuse to clients both in-person and through telehealth services.

**Turnbridge Addiction Treatment Center**                                           Jun 11, 2018 -
New Haven, Ct                                                                       Present
*Director of Eating Disorder Services*
  Responsibilities: to provide management to the entire staff and clinical supervision of the treatment
  team in the Outpatient Eating Disorder Program. The Program Director provides oversight of
  program design, clinical documentation, and Utilization Review matters. The Program Director
  consults with clinical management team on an as needed basis to ensure the healthy functioning of
  the program and clinical treatment of its participants.  Help design an Outpatient Eating Disorder
  program and monitor for efficacy. Review level of care assessments and work collaboratively with
  Admissions Coordinators. Participate in the interview process in a collaborative fashion to determine
  the appropriateness and qualifications of prospective staff members. To provide adequate and
  ongoing training of facility employees, and sufficient oversight/supervision to ensure that all services
  are in keeping with the Turnbridge Mission. Completes utilization reviews, oversees primary
  therapist process of utilization review and assists in the process of assuring that all client stays are
  covered in some way. Ensure full adherence to the policy and procedure manual. Ensure adherence to
  health code policies, CARF and licensing regulations. Provide oversight of any/all audits as
  necessary. Maintains a client caseload and assigns client cases based upon match with each therapist,
  provides individualized treatment for each case. Provides individual and family therapy, leads
  process group and/or any additional clinically oriented groups on an as needed basis. Provides
  oversight of all other groups conducted. Participates in the marketing plan as requested. Maintaining
  collaborative relationships with outpatient treatment team professionals. Conducting facility tours for
  professionals in the community or families as necessary.

Supervisor: Jonathan Lowe, APRN

**Eating Disorder Recovery Specialist**                                             Jul 18, 2019 -
New York City, NY                                                                   Present
*Recovery Specialist*
Responsibilities: Providing coaching to clients who are struggling with eating disorders.
This involves individual meal support, check-ins, and support in other areas such as
shopping. Support is provided on a 1:1 basis and can be done in person or virtually.

  Supervisor: Josie Munroe, LMFT

2

Joy Zelikovsky, Psy.D., HSPP, M.A. M.Phil.Ed, M.S.Ed

**University of Southern Mississippi**
Hattiesburg, MS
*Supervisory Psychologist*
Responsibilities: Provide individual therapy, group therapy and crisis intervention to an ethnically and economically diverse population of undergraduate and graduate students. Supervise doctoral practicum student as well as coordinate training for other practicum students in the counseling center. Program development in regard to eating disorders as well as creation of a postdoctoral fellow position.

Supervisor: Deena Crawford, LCSW

Aug 9, 2017 – May 16, 2018

**Southern Behavioral Medical Associates**
Hattiesburgm MS
*Psychologist*
Responsibilities: Provide individual therapy to an ethnically and economically diverse population of adolescents and adults in the Hattiesburg community.

Supervisor: Geralyn Datz, Ph.D.

Oct 2017-Present

**Wesleyan University Counseling and Psychological Services**
Middletown, CT
*Postdoctoral Fellow, Eating Disorder Coordinator and Liaison to Athletics*
Responsibilities: Provide individual therapy, group therapy and crisis intervention to an ethnically and economically diverse population of undergraduate and graduate students. Act as the eating disorder coordinator, creating the healthy eating team and the manual for the team. As the coordinator, I created the healthy eating team as well as the manual for the team, I also lead the healthy eating team meetings and provide assessments to students with eating disorders coordinate care within the university as well as make appropriate referrals and coordinate care outside of the university. I am also involved in the development and implementation of a training program for practicum students for the Counseling and Psychological Services Center. Furthermore, I serve as the liaison to students-athletes and coaches, which involves acting as a point of contact and reference for student-athletes and coaches, providing resources and outreach. This position also involves sitting on the University Title IX committee, to provide guidance and programming for the athletic department concerning Title IX concerns. Lastly, I provide primary individual supervision for doctoral level extern as well as supervising all doctoral level externs in assessment. This also includes leading the cognitive assessment seminar and teaching learning disability assessment tools, report writing and helping students obtain academic accommodations.

Supervisor: Jennifer D'Andrea, Ph.D.

Aug 10, 2015 – July 31, 2017

**Nebraska Internship Consortium in Professional Psychology**
**At Creighton University**
*APA Accredited Program*
Omaha, Nebraska
*Pre-Doctoral Intern*
Responsibilities: Providing individual therapy, group therapy and crisis intervention to both undergraduate and graduate students The University was comprised of ethnically and economically diverse clients. I also Participated in the eating disorder treatment team and

Aug 1, 2014 – July 31, 2015

3

Appendix Pg.04

working with clients diagnosed with eating disorders or disordered eating. Furthermore, I Conducted learning disability, ADHD assessments as well as helping to design a protocol for bariatric surgery evaluation. Lastly, I served as the individual primary supervisor for a master's level practicum student. Further duties included programming and participation in outreach projects and participation in staff meetings.

Supervisor: Thomas Grandy, Ph.D.

**Florida Southern College**                                                Aug 2013 –
Lakeland, FL                                                                Apr 2014
*Advanced Practicum Student*
Responsibilities: Provided individual and group therapy to college-aged students from varied socio-economic backgrounds. Clients varied in ethnic background. Students varied in age from 18 to 25 and included a range of sexual orientation. Students were mostly self-referred, but at times were referred by teachers, parents, mental health practitioners, and student services to address academic, behavioral and emotional concerns. Additional duties included intakes, case management, and case conceptualizations.

Supervisor: Carol Ballard, Psy.D.

**Florida Center for Survivors of Torture**                                 Aug 2012 –
Clearwater, FL                                                              Apr 2013
*Supplemental Therapy Practicum Student*
Responsibilities: Provided in-home individual and family therapy to low socio-economic status refugees and asylum seekers. It was a requirement of the program that all clients were either survivors of torture or secondary survivors (family members). Clients' ages ranged from 15 to 57 and ethnicities were identified as Caucasian and Hispanic. Additional duties included providing case conceptualization, designing group therapy models, case management, working with interpreters both on the phone and in person.
Performed 6-month evaluations, consisting of background information, detailed information regarding incidences of torture, and assessments.

Supervisor: Cecilia Yocum, Ph.D.

**New College of Florida**                                                  Aug 2012-
Sarasota, FL                                                                May 2013
*Supplemental Therapy Practicum Student*
Responsibilities: Provided individual and group therapy to college-aged students from varied socio-economic backgrounds. Clients varied in ethnic background. Students varied in age from 18 to 28 and included a range of sexual orientation and gender identities. Students were mostly self-referred, but at times were referred by teachers, parents, mental health practitioners, and student services to address academic, behavioral and emotional concerns. I also co-led a process group for students who had concerns regarding, eating, body image, and trauma. Additional duties included intakes, case management, and case conceptualizations at weekly team meetings.

Supervisor: Erin Robinson, Psy.D.
Total Accrued Hours: 438.5

**Northside Mental Health Clinic**                                          Jul 2011-
Tampa, FL                                                                   Jun 2012

4

*Therapy Practicum Student*
Responsibilities: Provided individual and group therapy for outpatient and inpatient adult populations, as well as outpatient adolescents, children, and families. Clients were predominantly from lower socio-economic status and ranged in age from 13 to 52. Clients' ethnicities included Caucasian, African American, Hispanic, and Biracial. Clients were self-referred, referred by parents, family, employment, the foster care system, and other mental health practitioners. I also co-led a group for individuals struggling with mood disorders and intellectual disabilities. Additional duties included case conceptualization, case management, and assessment as needed by the client.

Supervisor: Richard Spana, Ph.D.

**Neuropsychological Services of Tampa**

Jul 2010 – Jul 2011

Tampa, FL
*Diagnostic Practicum Student*
Responsibilities: Completed neuropsychological testing to predominantly low socio-economic clients between the ages of 8-90 years of age. Clients were self-referred, referred through medical practitioners, mental health practitioners, and vocational rehabilitation services. Assessments provided were comprehensive and integrated including intellectual, cognitive, academic, and personality. Reports generated reviewed background materials, interpretation of assessments and a diagnosis. Duties also included providing feedback to clients regarding testing results.

Supervisor: Dr. John Dabrowski, Ph.D.

**Intercultural Family Services Inc.**

Sep 2008 – May 2009

Philadelphia, PA
*Outpatient Therapy Intern*
Responsibilities: Provided individual outpatient therapy to low SES African American clients. Duties also included case management, therapy notes, and report writing.

Supervisor: Robert Wladorcyzk, M.A.

**J.R. Masterman Laboratory and Demonstration School**

Sep 2007 – May 2008

Philadelphia, PA
*Guidance Counseling Intern*
Responsibilities: Performed the duties of a guidance counselor: such as college advising, IEP meetings, teacher consultation, behavioral management of students and brief emotional therapy for students grades 5-12.

Supervisor: Claudia Gard, R.N.

**The Renfrew Center**

Jul 2007 – Jul 2009

Philadelphia, PA
*Counselor*
Responsibilities: Led group sessions for residential clients.
Supervised meals, provided client contacts, and performed crisis intervention when necessary. Further duties included maintaining and updating therapeutic notes on clients.

Supervisor: Margaret Funari, R.N., M.S.

5

| | |
|---|---|
| **Northeast Center for Youth and Family (NCYF)**<br>Easthampton, MA<br>*Social Work Intern*<br>NCYF is specialized foster care which focuses its attention on youth who are sexual offenders. Participated in home visits with social workers, and observed group therapy, and case management.<br><br>Supervisor: Jennifer Sandova, MSW | Jan 2007 –<br>May 2007 |
| **Lander Grinspoon Academy**<br>Northampton, MA<br>*Reading Intern*<br>Responsibilities: Taught children reading skills. I was also an active participant in the classroom and provided support for the lead teacher. I performed read-alouds and some reading inventories. | Jan 2007 –<br>May 2007 |

## TEACHING EXPERIENCE

| | |
|---|---|
| **Adjunct Professor**<br>**Albertus Magnus College**<br>Graduate Psychology | May 2019 –<br>Present |

**Courses Taught (Master's level)**
Psychopharmacology

| | |
|---|---|
| **Adjunct Professor**<br>**Purdue Global Online**<br>Graduate Psychology | July 2017 –<br>Dec 2019 |

**Courses Taught (Master's level)**
Psychopharmacology

| | |
|---|---|
| **Adjunct Professor**<br>**The University of Hartford**<br>Graduate Program in Professional Psychology<br>*Hartford, Ct* | Jan 2016 –<br>June 2017 |

**Courses Taught (Doctoral Level)**
Substance Abuse Theory and Intervention
Group Psychotherapy

**Courses Taught (Master's level)**
Multicultural Psychology

**Courses Assisted (Doctoral level)**
Statistics and Research Methods I
Statistics and Research Methods II
Clinical Interviewing

**Courses Assisted (Undergraduate)**
Social Psychology
Introduction to Psychology

6

Joy Zelikovsky, Psy.D., HSPP, M.A. M.Phil.Ed, M.S.Ed

## DOCTORAL DISSERTATIONS (COMMITTEE MEMBER)
Ongoing (3):

| | |
|---|---|
| **Scilese, Pamela** | The Impact that Eating Disorder Co-Rumination has on Recovery. |
| **Sands, Paula** | Providers Likelihood of Reporting Domestic Minor Sex Trafficking |
| **Heavens, Ashley** | Animal Assisted Intervention: An examination of the incorporation of animals in the therapeutic process. |

## SERVICE AND COMMITTEES

**International Association of Eating Disorder Professionals – New Haven/Hartford Chapter Secretary.**                    Dec 2019
Manage meeting notes and organizing information for the chapter.

**Supervision Group**                    March 2019
Organized and gathered other counseling professionals to meet at least monthly to discuss supervision and consultation concerns.

**Div 17 Volunteer Proposal Reviewer for 2020 APA Conference**                    Dec 2019
Read and rate proposals for the 2020 APA conference. Submit reviews to Division 17 committee.

**Div 17 Volunteer Proposal Reviewer for 2018 APA Conference**                    Dec 2017
Read and rate proposals for the 2018 APA conference. Submit reviews to Division 17 committee.

**APA Society of Counseling Psychology Section on College and University Counseling Centers (SCUCC) Division 17 Membership Committee**                    Nov 2016 – Dec 2018
*Member*
Participate in monthly meetings and help generate and implement ideas to increase requirement and participation into the division.

**Florida School of Professional Psychology**                    Oct 2012 – Oct 2013
Tampa, FL
*Student Psychological Association, Treasurer*
Treasurer for the Student Psychological Association (SPA). In charge of finances for SPA, managing other students regarding weekly sales. Helped coordinate and plan the spring party involving faculty and staff. Helped to organize and facilitate participation in multiple community events.

**Florida School of Professional Psychology**                    Sep 2010 – May 2014
Tampa, FL
*Student Psychological Association*
Student Mentor
Acted as a mentor to first-year doctoral students. Assisted in orienting new students to the program and the local area. Provided support and shared prior experiences to help new students adjust to the transition into graduate school. Remained available to mentees after the conclusion of their first year for consultation on program-related experiences.

**Survivor Tails Animal Rescue**                    Dec 2016 - Present
Hull, MA

7

Appendix Pg.08

*Online Fundraising Coordinator*
Use social media to raise funds for an animal rescue. Help promote foster and adoption opportunities.


## OUTREACH AND WORKSHOPS

Rathbun, E. & **Zelikovsky, J**. (2019, October). Combating a war on the war on obesity: Internalized fat phobia in you, healthcare, and the world. Presented at the Connecticut Psychological Association Conference, CT

Reif, A & **Zelikovsky, J** (2016, September, 30) Roundtable discussion on challenges faced by college counseling centers. Presented at the NEDA Conference, Chicago, IL.

**Zelikovsky, J** (July 2016) Self-care workshop for McNair scholars. Workshop presented to the McNair Scholars at Wesleyan University, Middletown, CT

**Zelikovsky, J** (April 2016) Screening and panel discussion of *The Mask You Live in*. Presented at Wesleyan University, Middletown, CT.

**Zelikovsky, J** (April 2016) Screening and panel discussion of *Miss Representation*. Presented at Wesleyan University, Middletown, CT.

Keating-Scherer, A. & **Zelikovsky, J.** (Feb 2016). Panel on Eating Disorders. Presented at Wesleyan University, Middletown, CT.

Keating-Scherer, A. & **Zelikovsky, J**. (Feb 2016). Let's talk about eating disorders. Discussion presented at Wesleyan University, Middletown, CT.

Keating-Scherer, A. & **Zelikovsky, J.** (Feb 2016). Screening and discussion of *The Mask You Live In*. Presented at Wesleyan University, Middletown, CT.

**Zelikovsky, J.** (Nov 2015) Mental Health First Aid Workshop. Workshop presented to the Student Athlete Committee at Wesleyan University, Middletown, CT.

**Zelikovsky, J.** (Nov 2015) Body Image, and Self-Esteem Workshop. Workshop presented at Wesleyan University, Middletown, CT**.**

Kidkarndee, S. **& Zelikovsky, J.** (Aug 2015). Self-care Workshop. Workshop presented at Wesleyan University, Middletown, CT.

**Zelikovsky, J.** (April 2015) *Body Image, and Self-Esteem workshop*. Workshop presented at Creighton University, Omaha, NE.

**Zelikovsky, J.** (April 2015). *Suicide in the LGBTQ Community*. Workshop presented at Creighton University, Omaha, NE.

Brougham, C., Grandy, T., Kelley, M., Moradshahi, M., Tompkins, R., Stockham-Ronollo, S., & **Zelikovsky, J**. (August 2014). *Transitions to College*. Workshop presented to Creighton University, Omaha, NE.

8

Grandy, T., Moradshahi, M. & **Zelikovsky, J**. (August 2014) *How to deal with stress*. Workshop presented at Creighton University School of Dentistry, Omaha, NE

**Zelikovsky, J**. Kokseng, K., & Pita, M., (June 2013) *International Adoptions: Challenges, risk factors, and protective factors*. Oral PowerPoint Presentation at the annual Families and Couples Conference, Tampa, FL.

**Zelikovsky, J**. (May 2013) *Counseling Jewish Clients*. Oral PowerPoint Presentation at the Florida School of Professional Psychology class on Assessment and Treatment of Diverse Populations, Tampa, FL.

**Zelikovsky, J**. & Brown, C. (November 2014) *Inter-generational transmission of trauma among holocaust survivors*. Poster Presentation at the Annual Diversity Symposium at The Florida School of Professional Psychology, Tampa, FL

## PUBLICATIONS

**Zelikovsky, J.** (2016, September). The simple way to beat procrastination in grad school. [Web log post]. Retrieved from http://time2track.com/the-simple-way-to-beat-procrastination-in-grad-school.

**Zelikovsky, J**. (2015, September, 2). 5 ways to guarantee a successful internship-before it even starts [Web log post]. Retrieved from http://time2track.com/5-ways-to-guarantee-a-successful-internship-before-it-even-starts.

## SELECTED TRAININGS AND CONFERENCES ATTENDED

| | |
|---|---|
| National Eating Disorder Association Annual Conference 2016 | Sep 2016 |
| National Eating Disorder Association Annual Conference 2017 | Oct 2017 |
| Eating Disorders and the Brain, The Renfrew Center of Philadelphia | June 2016 |
| Orthodox Jewish Women and Eating Disorders, The Renfrew Center of Philadelphia | June 2016 |
| Webinar on allergies and Eating Disorders, The Renfrew Center of Philadelphia | Apr 2016 |
| Webinar on Suicide and Eating Disorders, The Renfrew Center of Philadelphia | Mar 2016 |
| Webinar on working with dysregulated teens, The Renfrew Center of Philadelphia | Feb 2016 |
| Disaster Mental Health Response, American Red Cross and the Connecticut Counseling Association. | Nov 2015 |
| National Eating Disorder Association Annual Conference 2015 | Oct 2015 |
| Webinar on Binge Eating Disorder, The Renfrew Center of Philadelphia. | Oct 2014 |
| Online training on domestic and interpersonal violence in the military. | Oct 2014 |
| Online training on Identification, Prevention, and Treatment of Suicidal Behavior for Service Members and Veterans. | Oct 2014 |

9

Joy Zelikovsky, Psy.D., HSPP, M.A. M.Phil.Ed, M.S.Ed

| | |
|---|---|
| Changes in the DSM-V training at The Florida School of Professional Psychology, Tampa, FL. | April 2014 |
| Eye Movement Desensitization and Repetition (EMDR) Level 1 training | April 2014 |
| The Florida School of Professional Development Symposium on Diversity | April 2014 |
| "Psychology and the Other," At Boston College | Oct 2013 |

## PROFESSIONAL MEMBERSHIPS

*Member since 2017*
The National Register of Health Psychologists

*Member since 2015*
Connecticut Psychological Association

*Member since 2012*
International Association of Eating Disorder Professionals

*Member Since 2009*
American Psychological Association – Professional Affiliate

*Member since 2007*
Psychology Honors Society – Psi Chi

*Member since 2007*
Sociology Honors Society – Alpha Kappa Delta

**References**

| | | |
|---|---|---|
| Melanie Leuty Ph.D. | Melanie.leuty@usm.edu | 601-266-4165 |
| Jennifer D'Andrea Ph.D. | jdandrea@wesleyan.edu | 860-685-9143 |
| Jonathan Lowe, APRN | jlowe@turnbridge.com | 203-937-2309 |

10

**APPENDIX A: ASSESSMENT INSTRUMENTS**
**Cognitive/Academic/Adaptive Functioning**
Cognistat
Mini Mental Status Examination (MMSE)
NEPSY, 2nd Edition
Wechsler Abbreviated scale of Intelligence (WASI)
Wechsler Adult Intelligence scale-IV (WAIS-IV)
Wechsler Intelligence Scale for Children-Fourth Edition (WISC-IV)
Wechsler Test of Adult Reading (WTAR)
Woodcock Johnson III Tests of Achievement (WJ III ACH)
Woodcock Johnson III Test of Cognitive Abilities (WJ III Cog)
Vineland Adaptive Behavior Checklist (VABS)
Independent Living Scales (ILS)

**Memory and Attention**
Brief Visuospatial Memory Test- Revised (BVMT-R)
California Verbal Learning Test-II (CVLT-II) Color Trails Test (CTT)
Children's Color Trails Test (CCTT)
Comprehensive Trail Making Test (CTMT)
Connors' Adult ADHD Rating Scale (CAARS)
Connors' Continuance Performance Test II (CPT-II)
Conner' Rating Scales
Dementia Rating Scale, 2nd Edition (DRS-2)
Hopkins Verbal Learning Test – Revised (HVLT-R)
Trail Making Test (TMT)
Rey Complex Figure Test (ROCF)
Wechsler Memory Scale, 4th Edition (WMS-4)

**Neuropsychological and Visual-Motor**
Booklet Category Test (BCT)
Boston Diagnostic Aphasia Examination – Third Edition (BDAE-3)
Boston Naming Test-2 (BNT-2)
Clock Drawing Test (CDT)
Controlled Oral Word Association Test (COWAT)
Finger Tapping Test (FTT)
Grip Strength
Grooved Pegboard
Repeatable Battery for the Assessment of Neuropsychological Status (RBANS)
Speech Sounds Perception Test (SST)
Seashore Rhythm Test (SRT)
Semantic Fluency Test
Tactual Performance Test (TPT)
Trail Making Test A & B
Wisconsin Card Sorting Test (WCST)

**Personality/Behavioral/Emotional**
Achenbach Teacher Report Form (TRF)
Achenbach Youth Self Report (YSR)
Behavior Assessment System for Children, 2nd Edition (BASC2)
Beck Anxiety Inventory (BAI)

11

Beck Depression Inventory-Second Edition (BDI-II)
Child Apperception Test (CAT)
Children's Depression Inventory (CDI)
College Center Assessment of Psychological Symptoms (CCAPS)
Conner's Parenting Rating Scale (CPRS)
Conner's Teacher Rating Scale (CTRS)
Draw A Person (DAP)
Geriatric Depression Scale (GDS)
Harvard Trauma Symptom Checklist
Hopkins Trauma Questionnaire
House-Tree-Person (HTP)
Incomplete Sentences Blank
Kinetic Family Drawing (KFD)
Minnesota Multiphasic Personality Inventory, 2nd Edition (MMPI-2)
Minnesota Multiphasic Personality Assessment - 2 – RF (MMPI-2-RF)
Personality Assessment Inventory (PAI)
Roberts Apperception Test, 2nd Edition
Rorschach Inkblot Test (RIT)
Rotter Incomplete Sentence Blank
Sentence Completion
Thematic Apperception Test (TAT)
Trauma Symptom Checklist (TSC)

**Assessment of Response Bias and Suboptimal Performance**
Test of Memory Malingering (TOMM)

12

# Exhibit
# B

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| Joy Zelikovsky, PsyD Individually and on behalf of others similarly situated,<br><br>                                Plaintiff,<br><br>v.<br><br>INTERNATIONAL ASSOCIATION OF EATING DISORDER PROFESIONALS' FOUNDATION, INC, a California Corporation, BONNIE HARKEN, JOEL JAHRAUS, DENA CARBRERA, and RALPH CARSON<br><br>                                Defendants. | Civ. Case No. 3:23-cv-02624-N |

## AFFIDAVIT OF BONNIE HARKEN IN FURTHER SUPPORT OF MOTION TO DISMISS/TRANSFER

STATE OF ILLINOIS          )

                           ss.:

COUNTY OF TAZEWELL    )

BONNIE HARKEN, being duly sworn, deposes and says:

1.      I am Managing Director of the International Association of Eating Disorder Professionals, Foundation, Inc. ("iaedp"). The iaedp was formed in the mid-1980s for the purpose of providing education and resources to health care professionals who treat people with eating disorders.  I served as a volunteer in various capacities since 1990.  I was elected to the iaedp Board of Directors in the mid 1990s and elected as Board President in the late 1990s. I have been

Affidavit of Bonnie Harken in Support of Motion to Dismiss/Transfer

Managing Director since 2002, and am very actively involved in the iaedp, particularly with respect to its annual symposium. As such, I am personally familiar with the facts set forth herein.

2.      I respectfully submit this Affidavit in further support of my Motion to Dismiss this action pursuant to Fed. R. Civ. P. 12(b)(3) or, alternatively, to transfer the action to the United States District Court for the Central District of Illinois pursuant to 28 U.S.C. §§ 1404(a) or 1406(a).

3.      The iaedp has local and regional chapters around the country, including one in Dallas-Fort Worth, Texas and New Haven-Hartford, Connecticut.

4.      The iaedp also has members all over the country as well as international members. The annual membership fee is $195, but the fee is reduced to $125 for those who actively participate in their local iaedp chapters. Members can choose to become board certified as an "eating disorder specialist".

5.      The certification fee for members is $150 once every two years. Members must have a minimum of a masters degree in a mental health related field, be licensed to practice in their own discipline by their state's regulatory entity, demonstrate documented supervision of patient care hours, take requisite core courses offered by iaedp, and pass a board certification exam.

6.      To continue certification, every four years, certified members must attend at least one day of a three-day annual symposium. A one-day registration for the symposium is $300-$500, depending on the day chosen, and a full registration for certified members is discounted from $800 for a non-member registrant to $550. Online symposium attendance is also accepted. The purpose of the symposium attendance requirement is to keep certified members of the iaedp invested in the organization, facilitate collaboration with other highly qualified professionals, and streamline the

---

Affidavit of Bonnie Harken in Support of Motion to Dismiss/Transfer

CE process. It also offers an opportunity for members to collaborate, network, and socialize with each other.

7.      I am an independent contractor of the iaedp, not an employee.

8.      Throughout my tenure at the iaedp, my duties and responsibilities have included, among other things, to lead the organization according to decisions made and strategies developed with the board of directors, as well as protect and grow the organization's financial health, plan for upcoming initiatives and leadership of the initiatives within the organization, mentor new leadership, and create policies that ensure new strategies align with the organization's mission are put into action.  Records created for that reason were created in the ordinary course of the iaedp's business. Those under my supervision also regularly rely on those records to perform their job duties.

9.      I currently reside at 1103 South 5th Street, Pekin, Illinois, 61554-4525.

10.      I primarily conduct business as Managing Director and operate the iaedp from my home in Pekin, Illinois.

11.      The principal place of business and headquarters of the iaedp is Pekin, Illinois.

12.      I rarely, if ever, travel to the Northern District of Texas as part of my duties as Managing Director of the iaedp.

13.      All physical records related to the governance and management of the iaedp are stored at 1103 S 5th Street, Pekin, IL, 61554-4525.

14.      All electronic records related to the governance and management of iaedp are stored in various storage platforms determined by purpose and access.

---

Affidavit of Bonnie Harken in Support of Motion to Dismiss/Transfer

Page **3** of **4**

15. Moving physical records and attending trial in the Northern District of Texas would be a financial and personal burden, compared to attending a trial in the Central District of Illinois.

Dated: January 22, 2024

OFFICIAL SEAL
BRANDY GONZALEZ
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 3/4/2025

_Bonnie J Harken_

Bonnie Harken

Sworn to before me this
22nd day of ___January___, 2024

_Brandy Gonzalez_
Notary Public

---

Affidavit of Bonnie Harken in Support of Motion to Dismiss/Transfer

Page **4** of **4**